Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Sept 21, 2018
cc. To Congressman of MA
Richard NEA

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Ms. SHAWN A. BELL (Homeless) ) | Case No. | |
| ) | (to be filled in by the Clerk's Office) | |
| Plaintiff(s) ) | | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) ) | Jury Trial: (check one) ✓ Yes ☐ No | |
| ) | Relate Case 18CV30135 | |
| -v- | | |
| United States Government | | |
| U. S. DISTRICT COURT OF MA (SPRINGFIELD & BOSTON); U.S. DISTRICT COURT OF MD U.S. SUPREME COURT JUSTICE; UNITED STATES POSTAL SERVICE et al ) | 2018 SEP 21 PM 3: 19  U.S. DISTRICT COURT  DISTRICT OF MASS.  FILED IN CLERKS OFFICE | |
| Defendant(s) ) | | |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  ORIGINAL

  | | |
  |---|---|
  | Name | Ms. SHAWN A. BELL |
  | Street Address | HOMELESS IN MA c/o (mother) B. BELL PO BOX 4163 |
  | City and County | SPRINGFIELD; HAMPDEN |
  | State and Zip Code | MASSACHUSETTS; 01101 |
  | Telephone Number | (617) 869-8565 |
  | E-mail Address | #Police Brutality Is Not Just Against Men #BostonBoffAStoleMy MoneyAnd Accounts 2018 |

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

BELL v. U.S. District Court of MA
Western Division - Sept. 20, 2018
etal
ORIGINAL

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

page 3 of

**Defendant No. 1**

United States Government

| | |
|---|---|
| Name | UNITED STATES DISTRICT COURT OF MASSACHUSETTS |
| Job or Title (if known) | CLERK OF COURTS/JUDGES |
| Street Address | 300 STATE STREET |
| City and County | SPRIGFIELD; HAMPDEN COUNTY |
| State and Zip Code | MASSACHUSETTS 01105 |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 2**

United States Government

| | |
|---|---|
| Name | UNITED STATES DISTRICT COURT OF MASSACHUSETTS |
| Job or Title (if known) | CLERK OF COURTS; Brendan Garvin, M. Payne, etc @ Moakley |
| Street Address | ONE COURTHOUSE WAY |
| City and County | BOSTON ; SUFFOLK COUNTY |
| State and Zip Code | MASSACHUSETTS 02110 |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 3**

United States Government

| | |
|---|---|
| Name | UNITED STATES DISTRICT OF OF MARYLAND |
| Job or Title (if known) | CLERK OF COURTS/JUDGES Violation |
| Street Address | 101 LOMBARD STREET |
| City and County | BALTIMORE; |
| State and Zip Code | MARYLAND 02101 |
| Telephone Number | 410 926 9600 |
| E-mail Address (if known) | |

**Defendant No. 4**

United States Government

| | |
|---|---|
| Name | UNITED STATES SUPREME COURT JUSTICE |
| Job or Title (if known) | CLERK OF COURTS/TREVOR AUSTIN |
| Street Address | |
| City and County | WASHINGTON, DISTRICT OF COLUMBIA |
| State and Zip Code | 20543 |

Defendant #5

United States Government
UNITED STATES POSTAL SERVICE HEADQUARTERS
475 L'EFANT PLAZA W. DC 20590

Defendant - United States Government

Ms. SHAWN A. Bell
v. United States Government
U.S. District Court of MA
Western Division et al Sept 21, 2018
ORIGINAL
Case 3:18-cv-30157-KAR   Document 1   Filed 09/21/18   Page 3 of 6
pag 4 of 12

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
JURDICTION – 28 USC 1346   42 USC 1983 - 4th 5th 8th 9th, 14th Amendments
DISCRIMINATION Canon 3 B(1)(2)(3)(4)
ADA TITLE II REASONABLE ACCOMMODATION PRO BONO ATTORNEY WITH FILINGS PARTICULARLY APPEALS. ALL LITIGANTS GET ASSISTANCE WITH APPEAL EXCEPT ME

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Ms. SHAWN A. BELL, is a citizen of the State of *(name)* HOMELESS IN MASSACHUSETTS.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* NOT APPLICABLE, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual United States Government
      The defendant, *(name)* U.S Dsct Ct of MD/U.S Supreme Court Justice, is a citizen of the State of *(name)* MARYLAND & WASHINGTON, DC. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Ms. SHAWN A BELL
V. United States of America
U.S. District Court of MA
Western Division et al Sept. 21, 2018   page 5 of 12
ORIGINAL

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

My perfect bill of health. I am NOW forever disabled, my time I can't get back spent in jail, the court wasting claiming my complaint as frivilous. BofA stealing money I couldn't see my grandmother in the hospital nor make her funeral. Punitive Damages, new vehicle necessary physical therapy, speech & occupational therapy I have yet to do, Self-Rehabilitated

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THIS COURT MAKE MOCKERY OF MY DISABILITY STATING I DON'T MAKE SENSE WHEN FILING BUT REFUSE TO ADDRESS OR ACKNOWLEDGE MY MANY THE APPOINT PRO BONO COUNSEL . THIS COURT ILLEGALLY TRANSFERRED MY CASE TO MARYLAND; THIS COURT IGNORED THEN DENIED MY EMERGENCY HEARING WHEN BofA STOLE MY ACCOUNTS/MONEY I HAD NO FOOD TOILETRIES. #BostonBofAStoleMyMoneyAndAccounts  THIS COURT SAID MD POLICE LEAVING ME PARTIALLY PARALYZED FROM TBI & SEND ME TO JESSUP WOMEN PRISON MCI-W WITHOUT DUE PROCESS (FROM ICU TO PRISON) WAS FRIVILOUS #PoliceBrutalityIsNotJustAgainstMen. ALL ON SOCIAL MEDIA

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Punitive & Seeking $5.6M $5,600,000 00/100 of the United State Gov.

I, Ms. SHAWN A. BELL, AM SEEKING FOR PUNITATIVE DAMAGES, NEGLIENCE AND RELIEF OF:1.) SEEKING JUDICIAL REVIEW OF ALL MY CASES FILED, DUE TO JUDICIAL MISCONDUCT OF the U.S. FEDERAL JUDGES. (I FILED A JUDICIAL COMPLAINT FEBRUARY 2018 WITH NO RESPONSE. AT
2.) RE-OPEN MY LAWSUITS AGAINST MASSACHUSETTS & MARYLAND CITY, STATE & GOVERNMENT ENTITIES IN MASSACHUSETTS FEDERAL COURT 300 STATE STEET SPRINGFIELD, MA.
3.) I AM SEEKING OF ALL CASES FILED MARYLAND BE CONSOLIDATED & TRANSFERRED TO U.S. DISTRICT COURT OF MASSACHUSETTS AT 300 STATE STREET SPRINGFIELD, MA VENUE IMMEDIATEL

Ms. SHAWN A. BELL
V. ~~united States Government~~
United States District Court of
~~⊗~~ of MA - Western Division, et al

page 6 of 12

## Section IV    RELIEF  U.S. DISTRICT COURT OF MA W. DIV

September 21, 2018

I, Ms. SHAWN A. BELL, I AM "Other Reliefs as this Court deem appropriate/just

1.) SEEKING JUDICIAL REVIEW OF ALL MY CASES FILED, DUE TO JUDICIAL MISCONDUCT OF the U.S. FEDERAL JUDGES. (I FILED A JUDICIAL COMPLAINT FEBRUARY 2018 WITH NO RESPONSE. AT
2.) RE-OPEN MY LAWSUITS AGAINST MASSACHUSETTS & MARYLAND CITY, STATE & GOVERNMENT ENTITIES IN MASSACHUSETTS FEDERAL COURT 300 STATE STEET SPRINGFIELD, MA.
3.) I AM SEEKING OF ALL CASES FILED MARYLAND BE CONSOLIDATED & TRANSFERRED TO U.S. DISTRICT COURT OF MASSACHUSETTS AT 300 STATE STREET SPRINGFIELD, MA VENUE IMMEDIATELY (AS I AM AWAITING PENDING CHARGES BY SPRINGFIELD, POLICE DEPT, 130 PEARL ST SPRINGFIELD, MA)
4.) IMMEDIATE HOTEL ACCOMODATIONS DOWNTOWN SPRINGFIELD MA at HOLIDAY INN EXPRESS HOTEL (NEW MGM CASINO) ON STATE ST NEAR U.S. COURT HOUSE) WITH DAILY FOOD STIPENDS
5.) EMERGENCY HEARING SEEKING AN EMERGENCY HEARING TO ADDRESS BANK OF AMERICA REVERE, MA THEFT AND ILLEGAL CLOSING OF MY ACCOUNTS; MASSHEALTH COVERAGE RE-INSTATED
6.) RECUSAL OF JUDGE O'TOOLE, BURROUGHS, MAGISTRATE BOWLER AND JUDGE YOUNG ON GROUNDS OF PREJUDICE, BIAS VILOATING CODE OF CONDUCT FOR JUDGES CANNON — INTENTIAL DELAYS AND ILLEGAL INTERSTATE TRANSFERS.
7.) APPOINTED OF PRO BONO COUNSEL-UNDER ADA TITLE II
8.) STOP PREJUDICE & MOCKERY OF ME BY THE COURT BECUASE OF MY TRAUMATIC BRAIN INJURY CONFIRMED BY JOHNS HOPKINS
9.) STOP BOSTON, SPRINGFIELD AND MA STATE POLICE FROM FALSE ACCUSATIONS, HARASSING ME AND ARRESTING ME EVERY TIME THEY THINK I MAY BE MENSTRUATING.
10.) SEEKING IMMEDIATE JURY HEARING IN WESTERN MASSACHUSETTS U.S. DISTRICT COURT;
11.) SEEKING USPS TO STAMP ALL MAIL WITH USPS DATE STAMP, ZIP CODE TO DETERMINE WHEN & WHERE MAIL WAS PROCESSED;
12.) REQUEST US SUPREME JUSTICE TO ANSWER APPEAL FILED IN 2014 PER TREVOR AUSTIN
13.) STOP THE MASSACHUSETTS U.S. COURT DISTRICT COURT STOP TRYING TO EXHAUST STATUTE OF LIMITATIONS; IMMEDIATE COURT DATES S MA ENTITIES COMPLAINTS SEPARATED FROM MD ENTITIES
14. Relief of all Judges Orders ~~except~~ Maryland's Federal Judge order to "Appoint Pro Bono Counsel"
15. Injunction Relief to order Maryland Police to Return my vehicle with ALL of my belongings packed inside car/trunk.
16. Injunction Relief for ~~&~~ Elkton, MD Police to Return my Protege luggage with belongings
17. CCDC in Elkton, MD to return my clothings, Bibles I wrote my personal notes in (Black/red/gold trim pages) NIV paperback with "Kamehameha" written along outside pages, Jewelry, Notebook I wrote Storys & "The Takeover" & Songs Poetry
18. Injunction Relief MA DOT to reinstate my CDL & City of Springfield to Remove Excise TAX Fee/Interest Abatement

Ms. SHAWN A. BELL
U.S. District Court of MA
Western MA Division Sept 21, 2018     page 7 of 12
ORIGINAL

Pro Se 11 (Rev. 09/16) Complaint for a Civil Case

---

AS I AM AWAITING PENDING CHARGES BY SPRINGFIELD, POLICE DEPT, 130 PEARL ST SPRINGFIELD, MA)
4.) IMMEDIATE HOTEL ACCOMODATIONS DOWNTOWN SPRINGFIELD MA at HOLIDAY INN EXPRESS HOTEL (NEW MGM CASINO) ON STATE ST NEAR U.S. COURT HOUSE) WITH DAILY FOOD STIPENDS
5.) EMERGENCY HEARING SEEKING AN EMERGENCY HEARING TO ADDRESS BANK OF AMERICA REVERE, MA THEFT AND ILLEGAL CLOSING OF MY ACCOUNTS; MASSHEALTH COVERAGE RE-INSTATED *SEE Attachment FoR Additional Relief sought numbers 1 thru 13.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/21/2018

Signature of Plaintiff: Ms. S.B.
Printed Name of Plaintiff: Ms. SHAWN A. BELL PSO

#### B. For Attorneys

Date of signing: 
Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address: